Hall *v*. The State.

———— o ⊙ o- ————

HALL *v*. THE STATE.

Where the record shows that the requisite number of grand jurors had been empanneled and sworn, and where there was a plea in abatement and demurrer to the bill on the ground that it was found and presented by a less number than fifteen : held that it was not error to overrule such plea and demurrer.

· *Error to Jefferson District Court.*

*Opinion by* KINNEY, J.   Indictment for assault with intent to commit a bodily injury.   Plea in abatement, and demurrer interposed on the ground that one of the grand jurors before the indictment was found and presented, was taken sick and died, and that the bill was found and presented by fourteen grand jurors.   This plea and demurrer were overruled by the court.   Hall sues out his writ, and assigns this ruling for error.   This was an effort to attack the power of the grand jury to find the indictment by testimony *aliunde*.   It is not alleged in the plea or demurrer that the *record disclosed the fact* that the bill was found by a less number than fifteen.

6*

If from the record it appeared that the requisite number had been empanneled and sworn it must be conclusive. If that number had been decreased, it could only be shown by the record. The demurrer to the plea in abatement expressly negatives that the record discloses any such fact. In the case of *Norris' House* v. *The State*, it appeared *affirmatively* upon the record that the requisite number of grand jurors were not in session at the time the indictment was found and presented. This was admitted by the pleadings. This case then, is entirely different from that one which is cited by counsel. It would be a most dangerous practice to permit the defendant to impeach by his plea, and oral testimony, a record, which has been so often decided to be absolute verity. It cannot be assailed in the way attempted by the defendant. The court below decided correctly. There does not appear to have been any direct decission upon the demurrer filed by the prosecuting attorney to the plea in abatement, but merely an entry that the plea is overruled. By this we suppose that the demurrer was sustained.

Judgment affirmed.

*Slagle* and *Acheson*, for plaintiff in error.

*Caleb Baldwin*, for the state.